UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GABRIEL RODRIGUEZ, | ) | NO. SACV 06-223 VBF (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RODERICK Q. HICKMAN, Secretary, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: <u>September 2, 2008</u>

_____
VALERIE BAKER FAIRBANK
United States District Judge